Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KRISTEN PEREZ, individually and on behalf of all others similarly situated

Plaintiff(s),

v.

GEICO INDEMNITY COMPANY, a foreign insurance company

Defendant(s).

Case No: 4:20-cv-07436-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Rachel Dapeer, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Kristen Perez in the above-entitled action. My local co-counsel in this case is Scott Edelsberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>20900 NE 30th Ave., Suite 417<br>Aventura, FL 33180 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>1925 Century Park E #1700<br>Los Angeles, CA 90067 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(305) 610-5223 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(305) 975-3320 |
| MY EMAIL ADDRESS OF RECORD:<br>rachel@dapeer.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>scott@edelsberglaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 108039.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/08/20

Rachel Dapeer
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rachel Dapeer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/13/2021

*[signature: Haywood S. Gilliam Jr.]*
UNITED STATES DISTRICT JUDGE        *October 2012*

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### RACHEL NICOLE DAPEER

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **DECEMBER 23, 2013**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this MAY 5, 2021.

Clerk of the Supreme Court of Florida